UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/06/2019

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-

CARMELO VELEZ; CHRISTOPHER RODRIGUEZ; LUIS SEPULVEDA; ANGEL LOPEZ; CHRISTOPHER LUM; EMMANUEL BONAFE; CHRISTOPHER NELSON; JOSIAH VELAZQUEZ; ALBERTO BORGES; JUAN HERNANDEZ; JESUS HERNANDEZ; HEINNER SOLIS; EZEQUIEL OSPINA; RAIMUNDO NIEVES; DEESHUNTEE STEVENS; HECTOR BONAPARTE; MICHAEL GONZALEZ;

Defendants.

------------------------------------------------------------ X

19-CR-862 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

The parties are directed to appear for a status conference before the undersigned at **3:00 P.M. on December 10, 2019**, in Courtroom 15C of the Moynihan Courthouse at 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Dated: December 6, 2019
     New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**