```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   UNITED STATES OF AMERICA                                  :
                                                             :
              -against-                                      :
                                                             :
                                                             :
   CARMELO VELEZ; CHRISTOPHER                                :
   RODRIGUEZ; LUIS SEPULVEDA; ANGEL                          :
   LOPEZ; CHRISTOPHER LUM; EMMANUEL                          :    19-CR-862 (VEC)
   BONAFE; CHRISTOPHER NELSON; JOSIAH                        :
   VELAZQUEZ; ALBERTO BORGES; JUAN                           :    ORDER
   HERNANDEZ; JESUS HERNANDEZ;                               :
   HEINNER SOLIS; EZEQUIEL OSPINA;                           :
   RAIMUNDO NIEVES; DEESHUNTEE                               :
   STEVENS; HECTOR BONAPARTE;                                :
   MICHAEL GONZALEZ;                                         :
                                                             :
                              Defendants.                    :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS Carmelo Velez, Christopher Rodriguez, Luis Sepulveda, Christopher Lum, Emmanuel Bonafe, Christopher Nelson, Josiah Velazquez, Juan Hernandez, Heinner Solis, Ezequiel Ospina, Hector Bonaparte, and Michael Gonzalez ("Defendants") and the Government appeared before the Court for a status conference on December 10, 2019;

IT IS HEREBY ORDERED THAT all parties appear for a status conference on **May 14, 2020, at 11:00 A.M.**, in order to set trial dates and briefing schedules for any anticipated motions. On or before **May 9, 2020**, the Government must submit a letter proposing three groupings of defendants for purposes of trial; each grouping must not consist of more than eight defendants. On or before **May 13, 2020**, any defendant who objects to the Government's proposed grouping must file a response.

IT IS FURTHER ORDERED THAT no further exclusion of time pursuant to the Speedy Trial Act is necessary at this time because the time within which trial must commence has not yet begun to run for at least one of the defendants indicted in this case. *See* 18 U.S.C. § 3161(h)(6). The Government must promptly inform the Court once all defendants have been apprehended and request an exclusion of time if appropriate.

**SO ORDERED.**

**Dated: December 11, 2019**
       **New York, NY**

                                                                                                          _____
                                                                                                          **VALERIE CAPRONI**
                                                                                                          **United States District Judge**