```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA                                   :
                                                             :
         -against-                                           :     19-CR-862 (VEC)
                                                             :
                                                             :           ORDER
  CARMELO VELEZ,                                             :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/01/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Carmelo Velez has moved for temporary release due to the COVID-19 pandemic;

WHEREAS Mr. Velez, through counsel, has waived his appearance at any hearing on the motion;

IT IS HEREBY ORDERED THAT counsel for all parties must appear by telephone for an oral argument on the motion on **April 2, 2020, at 3:30 P.M.** Counsel for the parties, and all interested members of the public, must attend the hearing by calling 1-888-363-4749, using the access code 3121171.

IT IS FURTHER ORDERED THAT, although Mr. Velez's appearance is not required at the oral argument, counsel for the Government must take all reasonable steps to arrange for Mr. Velez's telephonic appearance from the Westchester County Correction Facility.

**SO ORDERED.**

**Dated: April 1, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**