USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/02/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

CARMELO VELEZ,

               Defendant.

------------------------------------------------------------ X

19-CR-862 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED THAT the oral argument currently scheduled for April 2, 2020, at 3:30 P.M. is adjourned by 30 minutes, to 4:00 P.M. All parties and interested members of the public must dial 1-888-363-4749, using the access code 3121171 and the security code 6352. While members of the public are welcome to join the call, they are directed to mute their telephones for the duration of the call.

**SO ORDERED.**

**Dated: April 2, 2020**
      **New York, NY**

                                              _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**