USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/02/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

CARMELO VELEZ,

                Defendant.

------------------------------------------------------------ X

19-CR-862 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 2, 2020, the parties appeared telephonically for a hearing on Defendant's motion for temporary release pursuant to 18 U.S.C. § 3142(i);

    IT IS HEREBY ORDERED THAT the motion is DENIED for the reasons stated at the hearing. The Clerk of Court is respectfully directed to terminate the pending motion at docket entry 107.

**SO ORDERED.**

**Dated: April 2, 2020**
      **New York, NY**

                                                    **VALERIE CAPRONI**
                                               **United States District Judge**