USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/06/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

CARMELO VELEZ; CHRISTOPHER RODRIGUEZ; LUIS SEPULVEDA; ANGEL LOPEZ; CHRISTOPHER LUM; EMMANUEL BONAFE; CHRISTOPHER NELSON; JOSIAH VELAZQUEZ; ALBERTO BORGES; JUAN HERNANDEZ; JESUS HERNANDEZ; HEINNER SOLIS; EZEQUIEL OSPINA; RAIMUNDO NIEVES; DEESHUNTEE STEVENS; HECTOR BONAPARTE; MICHAEL GONZALEZ;

                     Defendants.

------------------------------------------------------------ X

19-CR-862 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS a status conference is currently scheduled for May 14, 2020; and

      WHEREAS social distancing guidelines remain in effect due to COVID-19;

      IT IS HEREBY ORDERED THAT the May 14 conference is adjourned pending further order. The parties are directed to meet and confer about next steps, and the Government is directed to submit a joint letter on behalf of all parties no later than **May 12, 2020**. In addition to raising any other case management issues that the parties find appropriate, the letter must:

1. Propose a mutually convenient date and time on or before June 19, 2020, to hold a status conference and set a trial schedule;

2. Indicate whether some or all Defendants are willing to waive their physical appearance and appear solely via counsel at the next status conference, in order to minimize the risk of infection;

3. Explain whether there are any pretrial motions that are ready to be filed at this time, and if so, propose a briefing schedule convenient to the relevant parties;

4. Indicate whether all parties consent to an exclusion of time until the next status conference for purposes of the Speedy Trial Act.

**SO ORDERED.**

**Dated: May 6, 2020**
    **New York, NY**

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**