USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
  UNITED STATES OF AMERICA                                   :
                                                             :
        -against-                                            :
                                                             :
                                                             :
  CARMELO VELEZ et al.,                                      :
                                                             :
                                  Defendants.                :   19-CR-862 (VEC)
------------------------------------------------------------ X
```

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference to set a motion schedule and trial date(s) is currently scheduled for December 10, 2020, at 11:00 A.M., Dkt. 224;

IT IS HEREBY ORDERED that each Defendant must inform the Court not later than **Thursday**, **November 19, 2020**, whether he wishes to waive his appearance and appear solely via counsel at the upcoming status conference. Defendants who do not waive their appearance will be expected to appear in person at the conference. Depending on the number of Defendants who wish to appear for the conference, the Defendants will be divided into groups to limit the number of people in the courtroom at the same time, consistent with COVID restrictions. Based on the number of Defendants who wish to appear, the Court will determine whether the Court can accommodate all parties in a single conference or whether multiple conferences will be required.

**SO ORDERED.**

Dated: November 10, 2020
        New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**