USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
:
-against- :
:
:
CARMELO VELEZ et al., :
:
Defendants. : 19-CR-862 (VEC)
------------------------------------------------------------ X

**ORDER**

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 10, 2020, the Court ordered Defendant Michael Gonzalez to propose a briefing schedule on motions to sever or for bills of particulars by no later than January 15, 2021, Dkt. 295;

WHEREAS on January 12, 2021, the Court extended this deadline to Friday, January 29, 2021, Dkt. 302; and

WHEREAS on January 19, 2021, Mr. Gonzalez plead guilty pursuant to a plea agreement;

IT IS HEREBY ORDERED that Defendants interested in filing motions to sever or for bills of particulars must confer amongst themselves and select Defense counsel for one Defendant to file a joint letter motion with the Court proposing a briefing schedule for such motions. This letter motion is due no later than **Friday, January 29, 2021**.

**SO ORDERED.**

**Dated: January 19, 2021**
    **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**