USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA      :
      :
    -against-      :           19-CR-862 (VEC)
      :
      :             ORDER
CARMELO VELEZ et al.,      :
      :
            Defendants.    :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 14, 2021, counsel for Defendant Hector Bonaparte filed a letter motion seeking leave to file a motion to sever, Dkt. 324; and

WHEREAS a status conference in this matter is currently scheduled for Thursday, June 10, 2021, at 3:00 P.M., Dkt. 295;

IT IS HEREBY ORDERED that the Government must meet and confer with Defendants and by no later than **Friday, May 7, 2021**, the Government must file a letter with proposed trial groupings.  The parties should assume that the Court will be able to try at least three Defendants at the same time.  Any Defendant who disagrees with the Government's proposed groupings must file an objection by no later than **Friday, May 14, 2021**.  Any such objection must be limited to three-pages and it must include a list of Defendants with whom the objecting Defendant would not object to being tried.

IT IS FURTHER ORDERED that a joint status report in advance of the June 10, 2021 conference is due no later than **Tuesday, June 1, 2021**.

**SO ORDERED.**

**Dated: April 14, 2021**
      **New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**