**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2021

**MEMO ENDORSED**

May 13, 2021

By ECF

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York

**Re: United States v. Carmelo Velez, S5 19 Cr. 862 (VEC)**

Dear Judge Caproni:

We write in advance of Carmelo Velez's anticipated guilty plea, currently scheduled for May 25, 2021, to respectfully request that the Court permit him to plead guilty remotely, by video or telephone, instead of in person. The Government consents to this request.

Mr. Velez wishes to plead guilty remotely because he recently obtained a job as an orderly at the MDC and, if he is required to quarantine following an in-person court appearance, as we expect will occur, he will lose that job. The job is very important to him and his case and he very much wants to keep it.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Tamara L. Giwa
Assistant Federal Defenders
212.417.8792
jonathan_marvinny@fd.org

cc: Adam S. Hobson, Esq.
    Assistant United States Attorney

---

Application GRANTED. Mr. Velez's change of plea proceeding will occur remotely via the Court Call platform. The proceeding is rescheduled to **Tuesday, May 25, 2021, at 9:00 A.M.** An Order with additional details about the Court Call platform will be entered a few days before the proceeding. Mr. Velez must file a waiver of in person appearance by no later than **Thursday, May 20, 2021.**

SO ORDERED.

*Valerie Caproni* (signature)

Date: May 13, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE