USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
UNITED STATES OF AMERICA :
:
    -against- : 19-CR-862 (VEC)
:
: <u>ORDER</u>
CARMELO VELEZ, :
:
               Defendant. :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a change-of-plea hearing in this matter is scheduled for **Tuesday, May 25, 2021, at 9:00 A.M.**, Dkt. 357;

    IT IS HEREBY ORDERED that the change-of-plea hearing will be held via the CourtCall platform. To optimize the quality of the video feed, the Court, Defendant, Defense counsel, and the AUSA will appear by video for the proceeding. Due to the limited capacity of the CourtCall system, only one counsel per party may participate by video; co-counsel may listen to the proceeding by calling the public dial in number listed below.

    IT IS FURTHER ORDERED that a day or two before the hearing, Chambers will email the parties a link to be pasted into a browser and will provide further information on how to access the conference. **The link is non-transferrable and can be used by only one person**. The link should be used **only** at the time of the conference because using it earlier could result in disruptions to other proceedings.

    IT IS FURTHER ORDERED that to optimize use of the CourtCall technology, all those participating in the conference should:

       1. Use the most recent version of Firefox, Chrome, or Safari as the web browser. Do **not** use Internet Explorer.

2. Use hard-wired internet or WiFi.  If using WiFi, the device should be positioned as close to the Wi-Fi router as possible to ensure a strong signal.  (Weak signals may cause delays or dropped feeds.)

3. Minimize the number of others using the same WiFi router during the conference.

IT IS FURTHER ORDERED that all participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another.

IT IS FURTHER ORDERED that co-counsel, members of the press, and the public may access the audio feed of the conference by calling 855-268-7844 and using access code 67812309# and PIN 9921299#.

IT IS FURTHER ORDERED that all of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Dated: May 19, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**